**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  MLF Consulting, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Cloakify

**3. Debtor's federal Employer Identification Number (EIN)**  20-2707820

**4. Debtor's address**

Principal place of business:
1772 Grinnell Terrace
Winter Park, FL 32789
Number, Street, City, State & ZIP Code

Orange
County

Mailing address, if different from principal place of business
_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  www.cloakify.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **MLF Consulting, Inc.**                                              Case number (*if known*) _____
                Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 2

Debtor **MLF Consulting, Inc.**      Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  MLF Consulting, Inc.                                    Case number (if known)
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 3, 2020
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Michael L. Fussy
Printed name

Title  President

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  June 3, 2020
      MM / DD / YYYY

Justin M. Luna 0037131
Printed name

Latham Luna Eden & Beaudine LLP
Firm name

P.O. Box 3353
Orlando, FL 32802-3353
Number, Street, City, State & ZIP Code

Contact phone  (407) 481-5800       Email address  jluna@lathamluna.com

0037131 FL
Bar number and State

Fill in this information to identify the case:

Debtor name: **MLF Consulting, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Above & Beyond Tickets<br>405 S Dale Mabry #227<br>Tampa, FL 33609 | | Trade debt | | | | $18.24 |
| Blazing Tickets Inc.<br>22365 El Toro Rd #304<br>Lake Forest, CA 92630 | | Trade debt | | | | $8,914.73 |
| Brians Tickets LLC<br>4 Little Meadow Way<br>North Reading, MA 01864 | | Trade debt | | | | $1,125.78 |
| Fifth Avenue Specials Inc.<br>123 Middle Neck Rd.<br>Great Neck, NY 11021 | | Trade debt | | | | $306.91 |
| Graham Dalvia<br>GD Tixx<br>1944 DeArmon Dr<br>Charlotte, NC 28205 | | Trade debt | | | | $18.80 |
| Joshua Kepler LLC<br>8829 Purdue Ave<br>Peoria, AZ 85345 | | Trade debt | | | | $413.54 |
| Live Nation Entertainment Inc.<br>9348 Civic Center Dr.<br>Beverly Hills, CA 90210 | | Trade debt | | | | $940,808.34 |
| Mile High Tickets LLC<br>980 Ridglea Way<br>Boulder, CO 80303 | | Trade debt | | | | $3,435.45 |

Debtor **MLF Consulting, Inc.** Case number *(if known)*
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Milky Way Tickets**<br>**4011 Travis County Circle**<br>**Austin, TX 78735** | | **Trade debt** | | | | $576.88 |
| **Moonchild Ticket**<br>**3919 Sierra Dr**<br>**Austin, TX 78731** | | **Trade debt** | | | | $115.58 |
| **Mr. Mom's Tickets**<br>**6 Oxford Ct.**<br>**Medford, NJ 08055** | | **Trade debt** | | | | $920.91 |
| **NDC Group Inc.**<br>**1232 East 31 St.**<br>**Brooklyn, NY 11210** | | **Trade debt** | | | | $287.95 |
| **Rocky Mountain Tickets LLC**<br>**15223 W Iliff Ave**<br>**Denver, CO 80228** | | **Trade debt** | | | | $2,200.71 |
| **TCG Tickets**<br>**2210 Yorktown Dr**<br>**Cape Girardeau, MO 63701** | | **Trade debt** | | | | $614.35 |
| **Ticket Ninja LLC**<br>**250 South End Ave #11F**<br>**New York, NY 10280** | | **Trade debt** | | | | $106.22 |
| **Ticketbang LLC**<br>**713 N Rome Ave**<br>**Tampa, FL 33606** | | **Trade debt** | | | | $26.32 |
| **Ticketmaster Canada Ltd.**<br>**3200-1 Blue Jays Way**<br>**Toronto, ON M5V1J3** | | **Trade debt** | | | | $34,334.04 |
| **TicketToad.com Inc.**<br>**27 Mechanic St.**<br>**Haddonfield, NJ 08033** | | **Trade debt** | | | | $9,369.67 |
| **Ticketwonders LLC**<br>**140 Benjamin St**<br>**Toms River, NJ 08755** | | **Trade debt** | | | | $335.83 |
| **West Coast Tickets Canada** | | **Trade debt** | | | | $264.31 |

# United States Bankruptcy Court
## Middle District of Florida

In re **MLF Consulting, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael L. Fussy**<br>**1772 Grinnell Terrace**<br>**Winter Park, FL 32789** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June  3, 2020**

Signature **/s/ Michael L. Fussy**
**Michael L. Fussy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **MLF Consulting, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 3, 2020**

**/s/ Michael L. Fussy**  
**Michael L. Fussy**/**President**  
Signer/Title

MLF Consulting, Inc.
1772 Grinnell Terrace
Winter Park, FL 32789

Milky Way Tickets
4011 Travis County Circle
Austin, TX 78735

Ticketwonders LLC
140 Benjamin St
Toms River, NJ 08755

Justin M. Luna
Latham Luna Eden & Beaudine LLP
P.O. Box 3353
Orlando, FL 32802-3353

Moonchild Ticket
3919 Sierra Dr
Austin, TX 78731

West Coast Tickets
Canada

Above & Beyond Tickets
405 S Dale Mabry #227
Tampa, FL 33609

Mr. Mom's Tickets
6 Oxford Ct.
Medford, NJ 08055

Blazing Tickets Inc.
22365 El Toro Rd #304
Lake Forest, CA 92630

NDC Group Inc.
1232 East 31 St.
Brooklyn, NY 11210

Brians Tickets LLC
4 Little Meadow Way
North Reading, MA 01864

Rocky Mountain Tickets LLC
15223 W Iliff Ave
Denver, CO 80228

Fifth Avenue Specials Inc.
123 Middle Neck Rd.
Great Neck, NY 11021

TCG Tickets
2210 Yorktown Dr
Cape Girardeau, MO 63701

Graham Dalvia
GD Tixx
1944 DeArmon Dr
Charlotte, NC 28205

Ticket Ninja LLC
250 South End Ave #11F
New York, NY 10280

Joshua Kepler LLC
8829 Purdue Ave
Peoria, AZ 85345

Ticketbang LLC
713 N Rome Ave
Tampa, FL 33606

Live Nation Entertainment Inc.
9348 Civic Center Dr.
Beverly Hills, CA 90210

Ticketmaster Canada Ltd.
3200-1 Blue Jays Way
Toronto, ON M5V1J3

Mile High Tickets LLC
980 Ridglea Way
Boulder, CO 80303

TicketToad.com Inc.
27 Mechanic St.
Haddonfield, NJ 08033

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **MLF Consulting, Inc.**                                             Case No.
Debtor(s)                                                                   Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **51,717.00** |
   | Prior to the filing of this statement I have received | $ **51,717.00** |
   | Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

 **June 3, 2020**                                  **/s/ Justin M. Luna**
 *Date*                                             **Justin M. Luna 0037131**
                                                    *Signature of Attorney*
                                                    **Latham Luna Eden & Beaudine LLP**
                                                    **P.O. Box 3353**
                                                    **Orlando, FL 32802-3353**
                                                    **(407) 481-5800  Fax: (407) 481-5801**
                                                    **jluna@lathamluna.com**
                                                    *Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re  **MLF Consulting, Inc.**  
          Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **MLF Consulting, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 3, 2020** | **/s/ Justin M. Luna** |
| Date | **Justin M. Luna 0037131** |
| | Signature of Attorney or Litigant |
| | Counsel for  **MLF Consulting, Inc.** |
| | **Latham Luna Eden & Beaudine LLP** |
| | **P.O. Box 3353** |
| | **Orlando, FL 32802-3353** |
| | **(407) 481-5800 Fax:(407) 481-5801** |
| | **jluna@lathamluna.com** |